**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

LUDWIN ISRAEL LOPEZ-AGUILAR,
*Petitioner*,

v.

WILLIAM P. BARR, Attorney
General,
*Respondent*.

No. 17-73153

Agency No.
A074-394-680

ORDER

Filed August 29, 2019

Before: Susan P. Graber and Marsha S. Berzon, Circuit
Judges, and John R. Tunheim,\* District Judge.

---

**ORDER**

Petitioner's petition for panel rehearing, Docket Entry No.
36, is **GRANTED**. The opinion filed April 23, 2019, and
reported at 921 F.3d 898, is hereby withdrawn. The court
will file a new opinion in due course. Because the court's
opinion is withdrawn, the petition for rehearing en banc is
**DENIED** as moot. Once a new opinion is filed, further
petitions for rehearing and rehearing en banc may be filed.

---

\* The Honorable John R. Tunheim, United States District Judge for
the District of Minnesota, sitting by designation.